YULA P. ST. GEORGE, as Administratrix of the Estate of FRANK
ST. GEORGE, Deceased, Appellant, *v.* STATE OF NEW YORK,
Respondent.   (Claim No. 30281.)

Argued November 18, 1954; decided December 31, 1954.

*John P. McGrath, Harry Ander, Harry H. Lipsig* and *Thomas F. McCoy* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.